DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NIVEN ANDERSON,**
Appellant,

v.

**HE HILL FOUNDATION, INC.,** a Florida non-profit corporation,
Appellee.

No. 4D18-755

[August 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Judge Hafele, Judge; L.T. Case No. 50-2017-CA-001812-XXXX-MB.

Niven Anderson, Belle Glade, pro se.

Antonio R. Perez of McGahee & Perez, PL, Clewiston, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

GERBER, C.J., TAYLOR and CIKLIN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*